UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BETTY JANE TIDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-01204-SRC |
| | ) | |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## Order

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis*. Doc. 2.

Upon review of the financial affidavit, the Court has determined that Plaintiff is unable to pay the

filing fee. *See* 28 U.S.C. § 1915. Consequently, the Court grants the [2] motion, and directs the

Clerk to electronically serve the Complaint upon the Social Security Administration pursuant to this

Court's Administrative Order *In re: Service in Civil Actions Under the Social Security Act* issued

on September 10, 2021.

So ordered this 30th day of July 2026.

SL R. CR
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE